THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN F. GREENHALGH, Appellant.— Judgment of the County Court of Suffolk County convicting defendant of the crime of violating section 1864 of the Penal Law, unanimously affirmed, pursuant to section 542, Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. McMAHON, JR., as Substituted Receiver, etc., of MONTHLY INCOME SHARES, INC., and Others, Respondents, and EUGENE L. GAREY, Intervenor, Appellant.— In a proceeding instituted by the Attorney-General of the State of New York under article 23-A of the General Business Law (Consol. Laws, ch. 20), known as the Martin Act, the intervenor appeals from an order confirming the referee's report and dismissing the intervenor's claim. Order unanimously affirmed, with one bill of fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. [See post, p. 835.]

In the Matter of the Application of JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, Petitioner, Respondent, for a Peremptory Order against HENRY B. MERRITT, Individually and as Special County Judge of Orange County, the COUNTY COURT OF ORANGE COUNTY, Respondents; MICHAEL A. DEVASTO, and HENRY HIRSCHBERG, as District Attorney of Orange County, Appellants.— Order of the Extraordinary Special and Trial Term, Supreme Court, Orange County, directing cancellation of the order of the special county judge of Orange county that suspended execution of sentence and placed the appellant DeVasto on parole, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [173 Misc. 355.]